# ALABAMA COURT OF CRIMINAL APPEALS



December 13, 2024

**CR-2022-1342**

Corey Lee Walton v. State of Alabama (Appeal from Tuscaloosa Circuit Court:  CC-22-30)

# NOTICE

You are hereby notified that on December 13, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk